# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| EPISODE SOLUTIONS, LLC, | ) |
| | ) |
| | ) Case No. 3:25-bk-03724 |
| | ) |
| Debtor. | ) Judge Nancy B. King |

## JOINT STIPULATION REGARDING SERVICE OF PROCESS AND AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO INVOLUNTARY PETITION

COME NOW Michael J. Champine, M.D. ("Champine"), OrthoMidwest, PLLC ("OrthoMidwest"), and OrthoCincy Orthopaedic Sports Medicine, P.S.C. ("OrthoCincy", together with Champine and OrthoMidwest, the "Petitioning Creditors"), together with Episode Solutions, LLC (the "Alleged Debtor"), by and through undersigned counsel, and hereby file this *Stipulation Regarding Service of Process and Agreed Motion for Extension of Time to Respond to Involuntary Motion* (this "Stipulation and Agreed Motion") pursuant to which the Petitioning Creditors and the Alleged Debtor stipulate to service of process of that certain *Summons to Debtor in Involuntary Case* (the "Summons") [Doc. No. 7] and *Involuntary Petition Against a Non-Individual* filed by the Petitioning Creditors against the Alleged Debtor on September 5, 2025 [Doc. No. 1] (the "Involuntary Petition"), and request the Court to enter an order extending the deadline for the Alleged Debtor to respond to the Involuntary Petition to October 20, 2025 (the "Extended Response Deadline"). In support of this Stipulation and Agreed Motion, the Petitioning Creditors and the Alleged Debtor show the Court as follows:

## PROCEDURAL HISTORY

1. On September 5, 2025, the Petitioning Creditors filed the Involuntary Petition against the Alleged Debtor, thereby commencing the above-captioned involuntary chapter 7 bankruptcy case.

2. On the same day, the Clerk of the United States Bankruptcy Court for the Middle District of Tennessee issued the Summons to be served on the Alleged Debtor with a copy of the Involuntary Petition.

3. Undersigned counsel to the Petitioning Creditors contacted undersigned counsel to the Alleged Debtor to inquire as to whether undersigned counsel would accept service of the Summons and Involuntary Petition on behalf of the Alleged Debtor.

4. Undersigned counsel to the Alleged Debtor agreed to accept service of the Summons and Involuntary Petition on behalf of the Alleged Debtor, provided the deadline for the Alleged Debtor to respond thereto is extended to the Extended Response Deadline of October 20, 2025. The Petitioning Creditors agreed to the Alleged Debtor's request on September 8, 2025.

## STIPULATION AND AGREED MOTION

The Petitioning Creditors and the Alleged Debtor stipulate, agree, and move the Court as follows:

A. Undersigned counsel to the Alleged Debtor has accepted service of the Summons and Involuntary Petition on behalf of the Alleged Debtor as of Monday, September 8, 2025.

B. In consideration for the Alleged Debtor's agreement to accept service of the Summons and Involuntary Petition on behalf of the Alleged Debtor, the Petitioning Creditors and the Alleged Debtor agree that the Alleged Debtor's deadline to respond thereto shall be October 20, 2025.

C.  The Petitioning Creditors and the Alleged Debtor hereby move the Court for entry of an order substantially similar to the proposed order attached hereto as **Exhibit A** confirming the Alleged Debtor's deadline for responding to the Summons and Involuntary Petition is the Extended Response Deadline of October 20, 2025.

Respectfully submitted this the 16th day of September, 2025.

*/s/ Margaret M. Siller*
Margaret M. Siller (BPR No. 39058)

**MAYNARD NEXSEN PC**
1131 4th Avenue South, Suite 320
Nashville, TN 37210
Telephone: (629) 258-2250
msiller@maynardnexsen.com


*/s/ Ryan D. Thompson*
Ryan D. Thompson

*/s/ Wes Bulgarella*
Wes Bulgarella

**MAYNARD NEXSEN PC**
1901 Sixth Ave. N., Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
rthompson@maynardnexsen.com
wbulgarella@maynardnexsen.com


*/s/ Tyler Layne (with permission)*
Tyler Layne (BPR No. 33401)

**HOLLAND & KNIGHT LLP**
Nashville City Center
511 Union Street, Ste. 2700
Nashville, TN 37219
Telephone: (615) 850-8159
tyler.layne@hklaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing was filed via CM/ECF and served on the following parties via U.S. Mail:

Episode Solutions, LLC
102 Woodmont Blvd., Suite 350
Nashville, TN 37205

Episode Solutions, LLC
c/o Holland & Knight LLP
Attn: Tyler Layne
Nashville City Center
511 Union Street, Ste. 2700
Nashville, TN 37219
Telephone: (615) 850-8159

Office of the United States Trustee
701 Broadway, Ste. 318
Nashville, TN 37203

                                              */s/ Margaret D. Siller*
                                              **OF COUNSEL**